UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-1141-CR-MOORE

UNITED STATES OF AMERICA

vs.

JOHAN DOMINQUEZ,

    Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses without prejudice the indictment against the above named defendant, due to a lack of evidence to prove guilt beyond a reasonable doubt at this time.

Respectfully submitted,

_____, Chief, Criminal Division
WIFREDO A. FERRER
UNITED STATES ATTORNEY

cc:   U.S. Attorney (Edward N. Stamm)
      U.S. Marshal
      Chief Probation Officer
      Pretrial Services
      Special Agent (David Parkhurst, DEA)
      Romona Chubbs, Paralegal, USAO

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE: 1/19/11      _____
                                     HONORABLE K. MICHAEL MOORE
                                     UNITED STATES DISTRICT COURT JUDGE